**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1: 08 CR 00322 LJO |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| V. | ) | |
| | ) | |
| AARON P. McINTYRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**A.      Order For Detention**

After conducting a preliminary hearing and detention hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(1) and 46(c) and 18 U.S.C. §3143(a) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. §3143.

**B.      Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds that there is probable cause to hold defendant for a revocation hearing pursuant to Federal Rules of Criminal Procedure 32.1.

The Court further finds that defendant has failed to show, by clear and convincing evidence that he is neither a flight risk nor a danger to the safety of any other person or the community if released under 18 U.S.C. sections 3142(b) or (c).

**C.      Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

(1) Nature and circumstances of the offense for which defendant was originally convicted.

       ____ (a)  The crime: felon in possession of ammunition is a serious crime and carries a maximum penalty of 10 years

       ____ (b)  The original commitment offense is a crime of violence.

       ____ (c)  The original commitment offense is punishable by life imprisonment or death.

       ____ (d)  The original commitment offense  is one for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.). .

(2)      The weight of the evidence against the defendant is high.

(3) The history and characteristics of the defendant including:

    _____(a)   General Factors:

       ____  The defendant appears to have a mental condition which may affect whether the defendant will appear.

       ____ The defendant has no family ties in the area.

       ____ The defendant has no steady employment.

       ____ The defendant has no substantial financial resources.

       ____ The defendant is not a long time resident of the community.

       ____ The defendant does not have any significant community ties.

**DETENTION ORDER - Page 2**

      (b)    Past conduct of the defendant:

        ____ The defendant has a history relating to drug abuse.

        ____ The defendant has a history relating to alcohol abuse.

        ____ The defendant has history relating to mental health problems.

        ____ The defendant has significant prior criminal record.

        ____ The defendant has a prior record of failure to appear at court proceedings.

     X Other: there is probable cause to believe that defendant committed new crimes while under supervision.

      (c)    Whether the defendant was on probation, parole, or release by a court:

          At the time of the current arrest, the defendant was on:

            ____ Probation.

            ____ Parole.

            ____ Release pending trial, sentence, appeal or completion of sentence.

      (d)    Other Factors:

            ____ The defendant is an illegal alien and is subject to deportation.

            ____ The defendant is a legal alien and will be subject to deportation if convicted.

    (4)    The nature and seriousness of the danger posed by the defendant's release are as follows:

**D.**     **Additional Directives**

        Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

        The defendant be committed to the custody of the Attorney General for confinement in a corrections facility; and

        The defendant be afforded reasonable opportunity for private consultation with his counsel; and

        That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

      IT IS SO ORDERED.

    **Dated:**   **January 6, 2009**              **/s/ Dennis L. Beck**

                                              UNITED STATES MAGISTRATE JUDGE