Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*


| | |
|---|---|
| **Offender Name:** | **AARON P. MCINTYRE** |
| **Docket Number:** | 1:08CR00322-1 LJO |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Lawrence O'Neill<br>United States District Court<br>Fresno, California |
| **Original Sentence Date:** | 09/07/2004 (District of Arizona Docket No. 03CR1162-001-PHX-RGS) |
| **Original Offense:** | 18 USC 922(g)(1) and 924(a)(2), Felon in Possession of Ammunition (CLASS C FELONY) |
| **Original Sentence:** | 57 months Bureau of Prisons; 3 years supervised release; $100 special assessment; and mandatory drug testing |
| **Special Conditions:** | 1) Participate in a program of substance abuse treatment, including testing for substance abuse; 2) Search; 3) Complete 200 hours of community service; 4) Prohibited from owning a firearm; 5) No involvement in gang activity |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 02/22/2008 |
| **Assistant U.S. Attorney:** | Kevin P. Rooney         **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Federal Defender         **Telephone:** (559) 487-5561 |

**Other Court Action:**

RE:     MCINTYRE, Aaron P.
        Docket Number:  1:08CR00322-1  LJO
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **09/18/2008:** | Transfer of Jurisdiction accepted by the Eastern District of California from the District of Arizona. |
| **01/29/2009:** | Probation Form 12C, Petition for Warrant, charging the following violations: 1) New law violation; 2) Use of Controlled Substance; and 3) Failure to Inform Probation Officer of Change in Residence.  Court ordered warrant for arrest. |
| **02/20/2009:** | Offender appeared before the District Court for a disposition hearing and was sentenced on the above-noted 12C violations resulting in 6 months custody Bureau of Prison along with 24 months supervised release.<br><br>**Special Conditions:** 1) Search; 2) Drug and alcohol treatment; 3) Drug testing;  4) 60-day residential community corrections center; 5) Co- payment plan for treatment and testing; 6) No gang association; 7) No firearms |
| **07/27/2009**: | Probation Form 12B, Petition to Modify the Conditions or Term of Supervision, signed by the Court ordering a 120 day placement at residential community corrections center, Turning Point, because offender had no housing or employment.  In addition, 20 hours per week of community service ordered, should the offender not be employed at least 30 hours per week. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1.      The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

RE:   MCINTYRE, Aaron P.
      Docket Number:  1:08CR00322-1  LJO
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:** Subsequent to the offender's 6 month prison sentence, he was ordered by the Court to reside and participate in a residential community corrections center, Turning Point Residential Re-entry Center (RRC) for a period of 60 days as part of his supervised release conditions. The offender arrived at the RRC on June 4, 2009, and completed his 60 days on August 3, 2009. In conversations with both the offender and his case manager at the RRC, the offender needed additional time to obtain employment and had no housing in the Fresno County area; therefore, the Court agreed to extend his stay for 180 days at the RRC.

While at the RRC, the offender had not incurred any program violations until November 3, 2009, wherein he disrespected staff after having been given a specific instruction about a program rule violation. On November 5, 2009, RRC staff found two small vodka bottles behind the rooftop area of where residents reside. RRC staff reviewed surveillance tapes of the facility and on October 31, 2009, the offender was seen throwing two items over the rooftop where the residents reside. On November 6, 2009, the offender was asked to leave the RRC.

On one hand, the offender complied with the Court's ordered to serve his 60 days at the RRC and did so without any issues; however, his recent removal from the RRC on November 6, 2009, is a violation of his release conditions. His discharge date for the 120 days would have been December 3, 2009. To the offender's credit he has gained full-time employment, his drug tests are negative, and he did admit to the undersigned that he consumed alcohol on October 31, 2009, and later discarded the bottles. The offender reported he consumed the alcohol because he was celebrating his birthday. The offender reported he is willing to abstain from alcohol should the Court grant him the opportunity to remain on supervision. The undersigned believes the previously imposed conditions, along with a no alcohol condition, should help this offender remain focused on being a law abiding citizen.

It is noted that the offender has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

RE:     MCINTYRE, Aaron P.
        Docket Number:  1:08CR00322-1  LJO
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER


Respectfully submitted,

/s/ Jack C. Roberson

**JACK C. ROBERSON**
**United States Probation Officer**
Telephone:  (559) 499-5732


DATED:      November 20, 2009
            Fresno, California
            JCR


**REVIEWED BY:**       /s/ Hubert J. Alvarez
                       **HUBERT J. ALVAREZ**
                       **Supervising United States Probation Officer**

RE:   MCINTYRE, Aaron P.
      Docket Number:  1:08CR00322-1  LJO
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

( X)   Other: Mr. McIntyre needs to reminded that a "celebration" NEVER includes violating a Court Order.  If it occurs again, custody will be imposed.

cc:    United States Probation
       Kevin P. Rooney, Assistant United States Attorney
       Federal Defender
       Court File

IT IS SO ORDERED.

**Dated:   November 25, 2009**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE