FILED

MAR **1 9** 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiffs,             )        No. 1:08-CR-322 LJO
                                    )
    vs.                             )        ORDER OF RELEASE
                                    )
AARON P. MCINTYRE,                  )
                                    )
            Defendant.              )
_____)

    The above named defendant having been sentenced on March 19, 2010, to Time Served,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 19, 2010

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1